# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. HARRIS,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | NO. ED CV 09-1518-E<br><br><br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: February 5, 2010.

                                            _____/S/_____
                                                  CHARLES F. EICK
                                          UNITED STATES MAGISTRATE JUDGE