Manuel D. Serpa, Calif. Bar No. 174182
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email: mds.esq@gmail.com

Attorney for plaintiff James R. Harris

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. HARRIS, | ) No. ED CV 09-1518-E |
| PLAINTIFF, | ) [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| DEFENDANT. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND EIGHT HUNDRED DOLLARS and 00/100's ($3,800.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 3/19/10

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Proposed Order for EAJA fees